**92–199.** State v. Tucker. *Cuyahoga County*, No. 59267. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and HOLMES, J., dissent.

**92–213.** State v. Knecht. *Hamilton County*, No. C–910199. On motion for leave to withdraw as counsel. Motion granted.

**92–220.** Money's Restaurant & Truck Plaza, Inc. v. Banks. *Hamilton County*, No. C–900407. On motion for leave to file notice of appeal instanter. Motion granted.